No. 827. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* HELMHOLZ. April 29, 1935. Petition for writ of certiorari to the United States Court of Appeals

for the District of Columbia granted. *Solicitor General Reed* for petitioner. *Messrs. James Quarles* and *Louis Quarles* for respondent.